No. 02–618. INTERNATIONAL SHIPBREAKING LTD., L. L. C. v. SMITH ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–652. LIGON v. BARTIS. Ct. App. Ga. Certiorari denied.

No. 02–667. YORK v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. ██

No. 02–701. WEAVER v. DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 02–708. RAGBIR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–713. MITTAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–718. RUSSELL KIKENBORG, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF RUSSELL v. NEW YORK CITY HEALTH AND HOSPITALS CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 02–719. KRAJEWSKI v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 02–720. CAMPA ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–730. MORLEY v. BRADY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–756. CHAVEZ-ZARZA v. UNITED STATES; LUA-GARCIA v. UNITED STATES; and OCHOA-GRANADOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 48 Fed. Appx. 106 (first and third judgments) and 107 (second judgment).

No. 02–757. MILES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.